

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2019

No. 04-18-00509-CV

**TITLE SOURCE, INC.**,
Appellant

v.

**HOUSECANARY INC**., formerly known as Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06300
Honorable David A. Canales, Judge Presiding

# O R D E R

This appeal was scheduled for formal submission and oral argument at 9:00 a.m. on Thursday, February 14, 2019. On January 30, 2019, appellants filed an unopposed motion, seeking to reschedule submission and oral argument.

After review, we **GRANT** appellant's motion to reschedule submission and oral argument. We **ORDER** the oral argument scheduled for February 14, 2019 at 9:00 a.m. cancelled, and the submission date of February 14, 2019 withdrawn. We further **ORDER** this appeal to be submitted on **April 29, 2019**, and oral argument to be heard on **Monday, April 29, 2019, at 1:30 p.m.** before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Rios in the courtroom of the Fourth Court of Appeals.

The parties are reminded that arguments are limited to twenty (20) minutes for each side with ten (10) minutes rebuttal allotted to appellant.

We **order** the clerk of this court to serve a copy of this order on all counsel.

It is so ORDERED on February 6, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court